ANNA GRECO et al., Appellants, *v.* FANNIE LEVY, Defendant, and ALBERT L. LEVY, Respondent.

Argued November 29, 1939; decided December 28, 1939.

*Laurence B. Sargent, Jerome I. Hyman, S. C. Stember* and *Eli N. Lesser* for appellants.

*Alexander E. Rosenthal, Bernard Kelly* and *Irving Segal* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.